KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.: 06-0645 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| GONZALO LOPEZ-HERNANDEZ, | |
| Defendant. | |

    On October 31, 2006, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from October 31, 2006 to November 14, 2006 for effective preparation of counsel, in that defense counsel required adequate time to assess and discuss with Defendant Gonzalo Lopez-Hernandez additional information relevant to whether there will be a change of plea in this case. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both defense counsel and the United States, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice

Stipulation and [Proposed] Order Excluding Time - CR No. 06-0645 WHA     1

1 | served by granting such a continuance outweighed the best interests of the public and the
2 | defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
3 | SO STIPULATED:
4 |                                                    KEVIN V. RYAN
                                                       United States Attorney
5 |
6 | DATED: 10/31/06                           /S/ Julie A. Arbuckle
                                                       JULIE A. ARBUCKLE
7 |                                                    Assistant United States Attorney
8 |
  | DATED: 10/31/06                           /S/ Elizabeth Falk
9 |                                                    ELIZABETH FALK
                                                       Attorney for Defendant Gonzalo
10|                                                    Lopez-Hernandez

11|    As the Court found on October 31, 2006, and for the reasons stated above, the Court finds
12| that the ends of justice served by the continuance outweigh the best interests of the public and the
13| defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
14| calculations from October 31, 2006 to November 14, 2006 for effective preparation of defense
15| counsel and the United States.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested
16| continuance would deny counsel reasonable time necessary for effective preparation, taking into
17| account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.
18| §3161(h)(8)(B)(iv).
19|
20| SO ORDERED.
21|
22| DATED: November 6, 2006
23|                                                    William H. Alsup
                                                       United States District Judge

Stipulation and [Proposed] Order Excluding Time - CR No. 06-0645 WHA                           2