KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 06-0645 WHA |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. ) | |
| GONZALO LOPEZ-HERNANDEZ, ) | |
|     Defendant. ) | |

    On November 14, 2006, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from November 14, 2006 to December 12, 2006 for effective preparation of counsel, in that defense counsel required adequate time to obtain and review information relevant to the pretrial motion that Defendant Gonzalo Lopez-Hernandez intends to file in this case, to consult with an expert regarding such motion, and to prepare such motion. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that

the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

        KEVIN V. RYAN
        United States Attorney

DATED: November 15, 2006      /S/ Julie A. Arbuckle
        JULIE A. ARBUCKLE
        Assistant United States Attorney

DATED: November 15, 2006      /S/ Elizabeth Falk
        ELIZABETH FALK
        Attorney for Defendant Gonzalo
        Lopez-Hernandez

As the Court found on November 14, 2006, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from November 14, 2006 to December 12, 2006 for effective preparation of defense counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: November 20, 2006

        _____
        William H. Alsup
        United States District Judge

Stipulation and [Proposed] Order Excluding Time - CR No. 06-0645 WHA    2