| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant LOPEZ-HERNANDEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-645 WHA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER FOR CONTINUANCE OF |
| | ) | BRIEFING SCHEDULE AND |
| GONZALO LOPEZ-HERNANDEZ, | ) | TRIAL DATE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The parties stipulate and respectfully request as follows:

1. Based on the facts as set forth in the accompanying Declaration of Elizabeth M. Falk, filed herewith, the parties hereby stipulate and request the Court to continue the briefing schedule for Defendant's Motion to Dismiss the Indictment, as well the trial date and pretrial conference in this case;

2. The proposed briefing schedule is as follows:

Opening Motion Due: January 2, 2006;

Government Response Due: January 18, 2006

| | | |
|---|---|---|
| 1 | Reply Due: | January 25, 2006 |
| 2 | Motion Hearing: | January 30, 2006 at 2:00 p.m. |

3. The government's only objection to the proposed modification based on the facts stated in the Declaration of Elizabeth M. Falk is that it seeks to schedule the hearing date on Defendant's motion after the current trial date in this matter, which is currently set for January 29, 2006. Accordingly, the government only stipulates and agrees to the proposed continuance of the briefing schedule and motion hearing date on the conditions that: (a) the trial date be continued until February 20, 2006; (b) the pretrial conference be continued to February 13, 2006; and (c) Defendant's requested exclusion of time under the Speedy Trial Act from December 12, 2006 until January 2, 2006 on the grounds of the effective preparation and unavailability of his counsel be excluded so that there is no prejudice to the government as a result of the proposed continuance;

4. The parties jointly request an exclusion of time between December 12, 2006 and January 2, 2006 for the reasons stated in the enclosed Proposed Order;

5. The parties similarly jointly request that the Pretrial Conference Date of January 22, 2006 be continued until February 13, 2006, and that the trial date of January 29, 2006 be continued to February 20, 2006. Counsel for the defendant, Ms. Falk, will be in trial in *United States v. Quan*, 04-323 WBS, each Wednesday, Thursday, and Friday of each week between January 16, 2006 and some date in April, 2006. As such, Ms. Falk will respectfully request this Court to discuss a further continuance of the trial date at the motion hearing, when and if said motion is unsuccessful.

**IT IS SO STIPULATED**

Dated: December 13, 2006

_____/S/_____
JULIE ARBUCKLE
Assistant United States Attorney

1  Dated: December 13, 2006            /S/_____
2                                       ELIZABETH M. FALK
                                        Assistant Federal Public Defender
3
4                              ~~[PROPOSED]~~ ORDER

5  For the reasons stated herein, and for good cause shown, the briefing schedule and motion
6  hearing date previously established by this Court for Defendant's Motion to Dismiss the Indictment
7  in the aforementioned case are hereby VACATED.

   For the reasons stated herein, including the effective preparation of and unavailability of
8  defense counsel, to serve the purpose of providing the defendant with continuity of counsel, and for
9  good cause shown, this Court also finds that the ends of justice served by excluding the period from
10 December 12, 2006 to January 2, 2006 outweigh the interest of the public and the defendant in a
11 speedy trial, and orders that the period from December 12, 2006 to January 30, 2006, is excluded
12 from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)..

13 **IT IS SO ORDERED.**
14
15         December 15, 2006
   Dated: _____        _____
16                                       THE HONORABLE WILLIAM H. ALSUP
                                         UNITED STATES DISTRICT JUDGE
17
...
26

UNITED STATES V. LOPEZ-HERNANDEZ, CR 06-645      - 3 -
WHA; STIP TO CONTINUE BRIEFING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26