**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00645 WHA |
| Plaintiff, | |
| v. | **NOTICE RE HEARING** |
| GONZALO LOPEZ-HERNANDEZ, | |
| Defendant. | |

At the hearing on February 20, counsel should be prepared to discuss the applicability, if any, of *Morales-Izquierdo v. Gonzales*, __ F.3d __, 2007 WL 329132 (9th Cir. Feb. 6, 2007) (en banc). Counsel should also be prepared to submit short memoranda on the applicability of *Morales-Izquierdo* and whether the 2004 reinstatement of deportation against Mr. Lopez-Hernandez was "an order of exclusion, deportation, or removal" for purposes of 8 U.S.C. 1326(a).

**IT IS SO ORDERED.**

Dated: February 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE